IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 4:11 CR 3132 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion to Continue Pretrial Motions Deadline, (Filing 20), from January 23, 2012, until February 17, 2012. The Court, being fully advised in the premises and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED:

1) Defendant's deadline to file pretrial motions is continued until February 17, 2012.

2) Trial of this case is continued pending resolution of any pretrial motions filed.

3) This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's deadline to file pretrial motions. This Court further finds that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from January 23, 2012, until February 17 shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

DATED this 23rd day of January, 2012.

BY THE COURT:

s/ Cheryl R. Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge